# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JEFFREY CROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 4:16-cv-0368-JEO |
| DYCK-O'NEAL, INC., ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY CROWE and ) | |
| DENISE S. CROWE, ) | |
| ) | |
| Counterclaim Defendants. ) | |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by respective counsel for all parties. (Doc. 33). *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Clerk is **DIRECTED** to close the file.

**DONE**, this 17th day of July, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge